UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CESAR ORELLANA,
    Plaintiff

v.      CIVIL ACTION NO.
    12-11982-NMG

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR GSAA HOME
EQUITY TRUST SERIES 2006-11,
HOMEWARD RESIDENTIAL, INC.,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., AND DOES 1 THROUGH
100 INCLUSIVE,
    Defendants.

## ORDER OF RECUSAL

### January 2, 2013

**BOWLER, U.S.M.J.**

At the December 17, 2012 hearing, this court inquired whether any party objected to this court presiding in this matter. Having received an objection and in light of a financial interest in this matter, this court recuses itself under 28 U.S.C. § 455(a) and/or 28 U.S.C. § 455(b)(4).

    /s/ Marianne B. Bowler
    **MARIANNE B. BOWLER**
    United States Magistrate Judge