UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CESAR ORELLANA, <br><br> Plaintiff, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST CO., as Trustee for GSAA Home Equity Trust Series 2006-11; HOMEWARD RESIDENTIAL, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DOES 1 through 100, inclusive, <br><br> Defendants. | Civil Action No. 12-11982-NMG |

**REPORT AND RECOMMENDATION
ON DEFENDANTS' MOTION TO DISMISS**
[Docket No. 10]

August 30, 2013

Boal, M.J.

Plaintiff Cesar Orellana ("Orellana") brings this action against Deutsche Bank National Trust Co., as Trustee for GSAA Home Equity Trust Series 2006-11 ("Deutsche Bank"), Homeward Residential, Inc. ("Homeward"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Does 1 though 100 (collectively "Defendants") challenging the foreclosure and the sale of his property located in Hyde Park, Massachusetts.

Defendants have filed a motion to dismiss Orellana's complaint pursuant to Fed. R. Civ. P. 12(b)(6). Docket No. 10. For the following reasons, the undersigned recommends[1] that the District Court GRANT Defendants' motion to dismiss.

---

[1] On January 3, 2013, the District Court referred Defendants' motion to this Court for a report and recommendation. Docket No. 25.

*After consideration of plaintiff's objections thereto (Docket No. 39), Report and Recommendation is accepted and adopted.*

*NMGorton, USDJ 9/20/13*